# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1979

_____

Shelly Waites,                          *
                                        *
            Appellant,                  *
                                        *
      v.                                *
                                        *  Appeal from the United States
Kansas City, Missouri, Police           *  District Court for the
Department; Donald Rey, Individually    *  Western District of Missouri.
and in his official capacity; John Armillo, *      [UNPUBLISHED]
Individually and in his official capacity; *
Richard Healzer, Individually and in his *
official capacity; Floyd Bartch; James  *
Ralls, Jr.; Stacey Daniels; Jeffrey Simon; *
Emanuel Cleaver, Mayor; Joseph J.       *
Mulvihill,                              *
                                        *
            Appellees.                  *

_____

Submitted:  March 17, 2000

Filed:  April 27, 2000

_____

Before WOLLMAN, Chief Judge, McMILLIAN, and MORRIS SHEPPARD
      ARNOLD, Circuit Judges.

_____

PER CURIAM.

After failing a final situational exam at the Kansas City Regional Police Academy, Shelly Waites sued the city's police department and certain city officials for discrimination on the basis of sex. She now appeals the judgment entered against her after a trial, contending that the magistrate judge[1] improperly limited her expert witness's trial testimony to those opinions that he had disclosed in his report required by Federal Rule of Civil Procedure 26(a) and the judge's scheduling and trial order.

Having considered the record and the parties' submissions on appeal, we conclude that the judge was well within his discretion to limit the scope of the expert's testimony. See Boardman v. National Med. Enters., 106 F.3d 840, 843 (8th Cir. 1997); Sylla-Sawdon v. Uniroyal Goodrich Tire Co., 47 F.3d 277, 284 (8th Cir. 1995). The judgment is affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable John T. Maughmer, Chief United States Magistrate Judge for the Western District of Missouri, who presided over the case with the consent of the parties.